UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

RYAN D. GESTEN, individually,    )
and on behalf of others similarly situated,    )
    )
    Plaintiff,    )
    )
    v.    )    Case No. _____
    )
BURGER KING CORPORATION d/b/a    )
BURGER KING,    )
    )
    Defendant.    )
_____ )

## NOTICE OF REMOVAL

Defendant Burger King Corporation d/b/a Burger King ("Burger King"), through the

undersigned counsel, and pursuant to 15 U.S.C. § 1681, *et seq.* and 28 U.S.C. §§ 1331, 1441, and

1446, files its Notice of Removal of the action captioned as *Ryan D. Gesten v. Burger King*

*Corp.*, Case No. 17-25296, from the Circuit Court of the Eleventh Judicial Circuit in and for

Miami-Dade County, Florida, to the United States District Court for the Southern District of

Florida.  As grounds for removing this action, Burger King states as follows:

1.      On October 30, 2017, plaintiff Ryan Gesten filed a class action complaint (the

"Complaint") against Burger King in the Circuit Court of the Eleventh Judicial Circuit in and for

Miami-Dade County, Florida.  This action was assigned Case No. 17-25296.  A true and accurate

copy of the Complaint is attached hereto as Exhibit 1.  Copies of all other pleadings, process,

orders, and materials in the state court action are also included chronologically in Exhibit 1.

2.      Burger King was served with a copy of the Complaint and Summons on January

15, 2018.  *See* Exhibit 1.

3.      Plaintiff's Complaint alleges a single count -- a willful violation of the Fair and

Accurate Credit Transactions Act ("FACTA"), 15 U.S.C. § 1681, *et seq.* -- based on Burger King

allegedly providing plaintiff with a receipt bearing the first six and last four digits of his credit card number.  *See* Complaint ¶¶ 1, 63-70.

4.      Plaintiff brings his Complaint on behalf of himself and a proposed class of consumers, defined as follows:

> (i) All persons in the United States (ii) who, when making payment at one of Burger King Corporation's restaurants across the country (iii) made such payment using a credit or debit card (iv) and were provided with a point of sale receipt (v) which displayed more than the last 5 digits of the card number and/or the expiration date of the credit or debit card (vi) within the two (2) years prior to the filing of the complaint.

*See* Complaint ¶ 54.

5.      Based upon the allegations of the Complaint and for the reasons discussed below, Burger King timely removes this action pursuant to 28 U.S.C. § 1331 (federal question).

## **FEDERAL QUESTION JURISDICTION**

6.      District courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.  28 U.S.C. § 1331.

7.      Plaintiff's sole cause of action is an alleged violation of a federal statute -- the Fair and Accurate Credit Transactions Act ("FACTA"), 15 U.S.C. § 1681, *et seq.*

8.      Although Burger King strongly contests liability and does not believe plaintiff or any putative class members are entitled to any relief whatsoever, federal question jurisdiction exists pursuant to 28 U.S.C. § 1331 because plaintiff's claims arise under federal law.

9.      Because this Court may exercise original jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question), removal is proper pursuant to 28 U.S.C. § 1441(a).

10.      Contemporaneously herewith, Burger King provided plaintiff written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).

11.      Pursuant to the requirements of 28 U.S.C. § 1446(d), Burger King will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in

and for Miami-Dade County, Florida.

12.     The Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because Burger King was served with the Complaint on January 15, 2018, and Burger King is filing this Notice of Removal within thirty (30) days of service.

13.     This Notice of Removal is filed in the District Court of the United States for the district and division in which the case is pending.

14.     Burger King's Corporate Disclosure Statement is attached hereto as Exhibit 2.

15.     Burger King's Notice of Related Case and Motion to Stay This Action Until the Eleventh Circuit Decides the Pending Appeal in *Tarr v. Burger King Corp.* are filed contemporaneously herewith as Exhibits 3 and 4 respectively.  These documents will be separately filed once this case has been docketed and a judicial assignment has been made.

16.     Burger King has given the undersigned attorneys authority to sign and file this Notice of Removal.

17.     Because Burger King is the only named defendant, it need not obtain consent of any other party to effectuate removal of this case.  *See* 28 U.S.C. § 1446(b)(2)(A).

WHEREFORE, Burger King respectfully requests that the action captioned as *Ryan D. Gesten v. Burger King Corp.*, Case No. 17-25296, pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, be removed to this Court, and that this Court grant any other relief as it may deem just and proper.

Dated:  February 5, 2018                       Respectfully submitted,

/s/ Anthony Upshaw
Anthony Upshaw (Fla. Bar No. 861091)
McDermott Will & Emery LLP
333 Southeast 2nd Avenue, Suite 4500
Miami, Florida 33131-4336
305.358.3500
305.347.6500 fax
aupshaw@mwe.com

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 5, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and the foregoing document was served via electronic mail upon Scott D. Owens (*scott@scottdowens.com*), SCOTT D. OWENS, P.A., 3800 Ocean Dr., Ste. 235, Hollywood, Florida 33019; Bret L. Lusskin, Jr. (*blusskin@lusskinlaw.com*), BRET LUSSKIN, P.A., 20803 Biscayne Blvd., Ste. 302, Aventura, Florida 33180; Keith J. Keogh (*keith@keoghlaw.com*), KEOGH LAW, LTD., 55 W. Monroe St., Ste. 3390, Chicago, IL 60603, *Counsel for Plaintiff Ryan D. Gesten*.

/s/ Anthony Upshaw
Anthony Upshaw